UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAMARA HOEHAVER,

    Plaintiff,

v.                                                      Case No. 3:14-cv-143-J-20JBT

BLAZING WINGS, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court on a Mediation Report (Dkt. 28) that indicates this matter has been completely resolved. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this _5__ day of December, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Donny A. Owens, Esq.
Leslie A. Gelhar, Esq.
Susan M. Seigle, Esq.

FILED 2014 DEC -5 PM 3:24